UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 13-06455-MMM(JEMx) | Date: October 27, 2014 |

Title: Michael Brown vs City of Los Angeles, et al

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | C. NIRENBERG |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

David Hoffman

Attorneys Present for Defendants:

Gabriel Dermer
Kim Erickson
Yvette Davis

**Proceedings:** **Final Pretrial Conference**

**MIL to Exclude Evidence and/or use of the word "NIGGER" [43]**

**MIL to Exclude Evidence of plaintiff's Popularity or Qualifications [[44]**

**MIL to Exclude Evidence of Incident between plaintiff and Tim Cotti [45]**

**MIL to Exclude Evidence regarding plaintiff's PGA Registration Form being Returned by John Ricks [46]**

**MIL to Exclude Evidence regarding why David Aubrey was Transferred to another Golf Course [47]**

**MIL to Exclude Evidence of Discussions relating to plaintiff's Live Scan Documentation [48]**

**MIL to Exclude References to Bob Davis [49]**

**MIL to Exclude Evidence concerning Penny Siebrandt seeking an Asian Golf Instructor for a Different Golf Course [50]**

**MIL to Exclude David Aubrey's Employment Personnel Issues [51]**

**MIL to Exclude Evidence that this Court deems Irrelevant and Lacking Sufficient Merit via Order on defendants' motion for Summary Judgment [52]**

**MIL to Exclude Testimony that two Golf Professionals had "Secret" Deal [53]**

**MIL to Exlcude Evidence of Music and Jokes to which David Abrey listens or has heard [54]**

**MIL to Exclude the Types of Alcoholic Drinks Consumed by plaintiff and witnesses [55]**

| | | | |
|---|---|---|---|
| | | 00 | : 22 |
| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk | AH |

The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court rules on the motions in limine.   Final order to issue.

The Court directs the parties to submit the following:

- Counsel are directed to meet and confer and file Joint Proposed Jury Instructions on or before November 3, 2014.   For those instructions not agreed on, the parties are to file separate jury instructions with supporting authority on or before November 3, 2014.   The party opposing any separate proposed instruction may file a brief in opposition on or before November 3, 2014.   A **WordPerfect** or **Word** copy of any proposed jury instructions shall be e-mailed to the judge's generic e-mail address. **MMM_Chambers@cacd.uscourts.gov**

- Counsel are to meet and confer and file a joint one-page statement regarding the nature of the case to be read to the jury on or before November 3, 2014.

- Plaintiff shall file and serve proposed voir dire questions on or before November 3, 2014.   A **WordPerfect** or **Word** copy of any proposed voir dire shall be e-mailed to the judge's generic e-mail address.   **MMM_Chambers@cacd.uscourts.gov**

- Counsel are to meet and confer and file a special verdict form on or before November 3, 2014.   A **WordPerfect** or **Word** copy of any proposed special verdict form shall be e-mailed to the judge's generic e-mail address.   **MMM_Chambers@cacd.uscourts.gov**

- The court and counsel discuss the parties' trial time estimates, and the court directs each party to file and serve a statement on or before October 29, 2014 setting forth each witness to be called on direct, a brief statement of their expected testimony, and an estimate of the amount of time the testimony will require.   Each party is further directed to file a brief statement on or before October 31, 2014, respecting the estimated amount of time required for cross-examination.   The court will issue a minute order with time estimates and limit each side to a maximum number of hours of trial time.   At trial, the court will monitor the amount of time each counsel spends examining witnesses (direct or cross), otherwise presenting evidence, or in argument, and will provide counsel with the amount of trial time remaining at the close of each day of trial.