JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL BROWN,

PLAINTIFF(S)

v.

CITY OF LOS ANGELES, ET AL.

DEFENDANT(S).

CASE NUMBER

CV 13-06455-MMM(JEMx)

**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**

    This action having been tried before the Court sitting with a jury, the Honorable  Margaret M. Morrow , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Michael Brown

take nothing; that the action be dismissed on the merits; and that the defendant(s):

All defendants.

recover of the plaintiff(s) its costs of action, taxed in the sum of  0.00  .

Clerk, U. S. District Court

Dated: 11/19/14

By ANEL HUERTA
Deputy Clerk

At: _____

cc:    Counsel of record

CV-44 (11/96)      JUDGMENT ON THE VERDICT FOR DEFENDANT(S)